■ In the Matter of ROMAN R. and Others, Infants. EVELYN R., Appellant; COMMISSIONER OF SOCIAL SERVICES OF THE CITY OF NEW YORK, Respondent, et al., Respondent. [785 NYS2d 907]— Orders, Family Court, New York County (Rhoda Cohen, J.), entered March 24, 1998 and June 20, 2001, unanimously affirmed, without costs or disbursements.

Application by appellant's assigned counsel to withdraw is granted (*see Matter of Louise Wise Servs.*, 131 AD2d 306 [1987]). We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Nardelli, J.P., Tom, Saxe, Friedman and Sweeny, JJ.